IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLES ANDREW TOLER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:20-CV-03144-ELR |
| v. | ) | |
| | ) | |
| AT&T MOBILITY SERVICES LLC | ) | |
| and Doe Defendants 1-20, | ) | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Charles Andrew Toler, and Defendant AT&T Mobility Services, LLC, (collectively, the "Parties"), hereby request dismissal of the above-captioned matter with prejudice pursuant to the Parties' settlement agreement, a copy of which has been separately provided to the Court. The Parties' settlement satisfies the criteria for approval of a Fair Labor Standards Act ("FLSA") settlement because it resolves a bona fide dispute, was the result of arm's-length settlement negotiations conducted by counsel well-versed in wage and hour law, and is fair, reasonable, and adequate. For these reasons, and as more fully set out in the accompanying memorandum of law, filed herewith, the Parties respectfully ask the Court to approve the settlement and dismiss this matter in its entirety with prejudice.

This 6th day of October 2021.

| | |
|---|---|
| /s/ Kevin A. Maxim<br>Georgia Bar No. 478580<br>Counsel for Plaintiff Charles Andrew Toler<br><br>THE MAXIM LAW FIRM, P.C.<br>1718 Peachtree St., NW, Suite 599<br>Atlanta, GA   30309<br>Phone: (404) 924-4272<br>Fax:    (404) 924-4273<br>E-mail: kmaxim@maximlawfirm.com | /s/ Mark A. Bulgarelli<br>(Admitted *pro hac vice*)<br>Counsel for Plaintiff Charles Andrew Toler<br><br>PROGRESSIVE LAW GROUP LLC<br>1570 Oak Avenue<br>Suite 103<br>Evanston, IL 60201<br>markb@progressivelaw.com |

/s/ Desmond M. Dennis
Yendelela Neely Holston
Georgia Bar No. 424429
Susan W. Pangborn
Georgia Bar No. 735027
Leah M. Farmer
Georgia Bar No. 211051
Desmond M. Dennis
Georgia Bar No. 511943
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500 (office)
(404) 671-8584 (fax)
yholston@kilpatricktownsend.com
spangborn@kilpatricktownsend.com
lfarmer@kilpatricktownsend.com
ddennis@kilpatricktownsend.com

Counsel for AT&T Mobility Services LLC